VALENTI LAW APC
Matt Valenti, Esq. (SBN 253978)
10174 Austin Dr. #1116
Spring Valley, CA 91979
Phone: (619) 540-2189
Email: mattvalenti@valentilawapc.com

Attorney for Plaintiff David Perez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PEREZ,<br><br>        Plaintiff,<br>   vs.<br><br>AUTOZONE, INC.; MABELA VP, L.P.; and DOES 1-10,<br><br>        Defendants. | Case No.: 5:25-cv-00986-JGB-DTB<br><br>STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), the parties hereby dismiss this action WITHOUT prejudice as to all parties.

Respectfully submitted,

DATED: December 5, 2025                     VALENTI LAW APC

                                            By:  /s/ Matt Valenti
                                                 Matt Valenti
                                                 Attorney for Plaintiff
                                                 David Perez

DATED: December 5, 2025                     ARENA HOFFMAN LLP

                                            By:  /s/ Alex Craigie
                                                 Alex Craigie, Esq.
                                                 Attorneys for Defendant
                                                 AutoZone, Inc.