VALENTI LAW APC
Matt Valenti, Esq. (SBN 253978)
10174 Austin Dr. #1116
Spring Valley, CA 91979
Phone: (619) 540-2189
Email: mattvalenti@valentilawapc.com

Attorney for Plaintiff David Perez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PEREZ,<br><br>　　　　Plaintiff,<br>　vs.<br><br>AUTOZONE, INC.; MABELA VP, L.P.; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 5:25-cv-00986-JGB-DTB<br><br>STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO F.R.CIV.P. 41 (A)(1)(A)(II) - 1

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), the parties hereby dismiss this action WITH prejudice as to all parties.

Respectfully submitted,

DATED: December 18, 2025            VALENTI LAW APC

                                    By:  */s/ Matt Valenti*
                                         Matt Valenti
                                         Attorney for Plaintiff
                                         David Perez

DATED: December 18, 2025            ARENA HOFFMAN LLP

                                    By:  */s/ Alex Craigie*
                                         Alex Craigie, Esq.
                                         Attorneys for Defendant
                                         AutoZone, Inc.