UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PEREZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>AUTOZONE, INC.; MABELA VP, L.P.; AND DOES 1-10,<br><br>    Defendants. | Case No.: 5:25-cv-00986-JGB-DTB<br><br>ORDER |

1

2     Upon considering the Parties' Stipulation to Dismiss IT IS HEREBY
3 ORDERED THAT this case is dismissed WITH prejudice as to all parties.

4

5     IT IS SO ORDERED.

6

7     DATED: December 22, 2025

8                             Honorable Jesus G. Bernal
                              United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28